# EXHIBIT A

REPORT—INDETERMINATE SENTENCE,
OTHER SENTENCE CHOICE

FORM CR-291

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN BENITO**
BRANCH **Superior**

COURT I.D. **3 5 1 00**

FILED IN SAN BENITO COUNTY
AUG 30 1988
JOHN R. HODGES, CLERK
By VIVIAN D. CANDLEN
DEPUTY CLERK

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **Simeon Lujao**
AKA:

[X] PRESENT
[ ] NOT PRESENT

CASE NUMBER(S)
- A
- B
- C
- D
- E

REPORT TO JUDICIAL COUNCIL OF: [X] INDETERMINATE SENTENCE TO STATE PRISON [ ] SENTENCE CHOICE OTHER THAN STATE PRISON

DATE OF HEARING (MO)(DAY)(YR): **8 30 88**
DEPT. NO.:
JUDGE: **Thomas P. Breen**
CLERK: **Vivian D. Candlen**
REPORTER: **Paula Ellingworth**
COUNSEL FOR PEOPLE: **Harry J. Damkar**
COUNSEL FOR DEFENDANT: **Robert H. Pinto**
PROBATION NO. OR PROBATION OFFICER: **Stan Peterlin**

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO DAY YEAR) | CONVICTION BY (JURY TRIAL / COURT TRIAL / PLEA) | 654 STAY | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187 | murder 2nd deg | 88 | 7 13 88 | X (plea) | | | | | | | | | | |

2. A. Number of prior prison terms charged and found

| SECTION | NUMBER |
|---|---|
| 667.5(a) | |
| 667.5(b) | |
| 667.6(b) | |

B. Number of prior felony convictions

| SECTION | NUMBER |
|---|---|
| 667.6(a) | |

3. [ ] Defendant was sentenced to death on counts _____, _____, _____, _____, _____.
4. [X] Defendant was sentenced to State Prison:
    A. [X] For life, or a term such as 15 or 25 years to life, with possibility of parole, on counts **1**, _____, _____, _____, _____.
    B. [ ] For life without the possibility of parole on counts _____, _____, _____, _____, _____.
    C. [ ] For other term prescribed by law on counts _____, _____, _____, _____, _____.
5. [ ] Counts _____, _____, _____, _____, were deemed misdemeanors.
    A. [ ] Defendant sentenced to _____ days in county jail for all counts.
    B. [X] Defendant fined in sum of $ **1000.00**.
    [ ] For counts _____, _____, _____, _____, the defendant was placed on probation.
    A. (1) [ ] Sentence pronounced and execution of sentence was suspended; or
       (2) [ ] Imposition of sentence was suspended.
    B. Conditions of probation included [ ] Jail Time _____ days [ ] Fine

Other dispositions
    A. [ ] Defendant was committed to California Youth Authority.
    B. [ ] Proceedings suspended, and defendant was committed to California Rehabilitation Center.
    C. [ ] Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
    D. [ ] Proceedings suspended, and defendant was committed as mentally incompetent.
    E. [X] Other (Specify) **Deuel Vocational, 235 Kasson Rd., Tracey, Ca.**
        **Defendant given 238 days served, 119 for 4019, total of 357 days served**

E: PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON. THE REPORTS IMPLEMENT SECTION 1170.4 OF THE PENAL CODE AND SHALL BE MAILED TO: ADMINISTRATIVE OFFICE OF THE COURTS, 350 McALLISTER, 3200 STATE BUILDING, SAN FRANCISCO, CALIFORNIA 94102

Aug. 30, 1988

SIGNATURE OF CLERK: *Vivian D. Candlen*

REPORT—INDETERMINATE SENTENCE, OTHER SENTENCE CHOICE
FORM CR 291 (10/1/81)

Const., Art. VI, § 6
Pen C. 1170.4, 1170.6

Y TO
TIVE OFFICE OF THE COURTS

# SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN BENITO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff, vs. Simeon Lujao, Defendant | HOLLISTER, CALIFORNIA  Aug. 30, 1988<br>NO. 3049<br>Hon. Thomas P. Breen _____ Judge<br>Vivian D. Candlen _____ Deputy Clerk<br>Paula Ellingworth _____ Reporter<br>J. Vassalo _____ Bailiff |

**APPEARANCES:**

- ☒ For People
  - ☐ Deputy District Attorney
  - ☒ District Attorney  Harry J. Damkar
- ☒ Defendant
  - ☐ and counsel,
  - ☒ and  ☐ Deputy  ☒ Public Defender  Robert H. Pinto
- ☐ Defendant in Propria Persona
  - ☒ Probation Officer  Stan Peterlin

**NATURE OF HEARING:**  ☐ Supplemental

☐ Arraignment for Judgment    ☒ Probation Officer's Report and Recommendation    ☒ Imposition of Sentence
☒ A plea of Guilty was entered on Jul. 13, 1988 to Ct. I: 187 P.C. 2nd degree.

☐ Upon request of counsel for:  ☐ Defendant  ☐ People, Court orders matter continued to _____
☒ Case regularly called for hearing.  ☒ Report of Probation Officer is received and considered
  ☒ and is ordered filed  ☐ Time requirement as to receipt of Probation Officer's Report is waived.

☒ No legal cause appearing why judgment should not be pronounced,
**THE COURT ORDERS:**        ☒ Probation is denied
☒ Defendant is sentenced to  Department of Corrections  for a period of  15 yrs. to life for 187 P.C. 2nd deg.

☒ Committed to the custody of the Director of Corrections, Deuel Vocational, 235 Kasson Rd. Tracy, California, to be delivered by the Sheriff of San Benito County.

☐ Sentence(s) shall be served in respect to one another as follows.  ☐ Concurrently  ☐ Consecutively
☐ Sentence(s) shall be served in respect to any prior incompleted sentence(s)  ☐ Concurrently  ☐ Consecutively

☐ Upon stipulation of counsel, the Court fixes the degree of the offense to be  ☐ First Degree  ☐ Second Degree
☐ Defendant found to be armed with a deadly weapon at time of offense
☐ Defendant is committed to the custody of the Director of the California Youth Authority, defendant to be detained by the Sheriff of San Benito County pending acceptance, and that the Sheriff shall deliver defendant to the proper reception center of the California Youth Authority upon acceptance

☐ Execution  ☐ Imposition of sentence is suspended. Defendant is admitted to probation for a period of _____ years under the terms and conditions as set forth in the Order of Probation to be filed and a copy thereof to be furnished to defendant by the Probation Officer of San Benito County.
The Court orders terms and conditions of probation are  ☐ as follows:  ☐ as set forth in Order of Probation
That Defendant:
☐ Report to the Probation Officer as directed;  ☐ Seek and maintain gainful employment;  ☐ Abstain from possession and use of intoxicating beverage;  ☐ Abstain from possession and use of drugs;
☐ Shall be entitled to all provisions of Sec. 1203.1 & 1203.4 & 4852.01 California Penal Code.
☐ Obey all laws of the United States, State and County and Municipality in which he may be;  ☐ Not leave the State of California without permission of the Probation Officer;
☐ Pay a fine in the sum of $ _____ plus penalty assessment $ _____
☐ Make restitution  ☐ as determined by the probation officer  ☐ in the sum of $ _____
☐ Attend San Benito County Mental Health Clinic  ☐ Submit to search and seizure;
  Defendant shall serve _____ in San Benito County Jail _____
Defendant given credits of 357 days served.
Defendant was informed of possibility of deportment, and never being
remanded to the custody of the Sheriff. allowed to enter country.

MINUTE ORDER

The foregoing instrument is a correct copy of the original on file in this office
ATTEST: AUG 3 0 1988
JOHN R. HODGES, County Clerk and ex-officio Clerk of the Superior Court of the State of California, in and for the County of San Benito
By _____ Deputy