# EXHIBIT E

*PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PAROLE HEARINGS*
*REVISED SEPTEMBER 1998*
*PAROLE CONSIDERATION HEARING*
*SEPTEMBER 2006 LIFE-TERM INMATE CALENDAR*

*CORRECTIONAL TRAINING FACILITY, SOLEDAD*
*AUGUST 10, 2006*

*NAME:* LUJAO, SIMEON
*CDCR #:* D-94153
*DOB:* 11/27/47
*MEPD:* 01/05/98
*DATE OF OFFENSE:* 02/06/77
*OFFENSE:* Penal Code 187, Murder, Second Degree
*SENTENCE:* 15 years to Life
*EVALUATION DATE:* 08/10/06

I. **IDENTIFYING INFORMATION:**

Inmate Simeon Lujao is a 58-year-old, first-term, Filipino male, widowed, from San Benito County. He is a Christian. He has 18 years in custody. He does have an immigration hold, and he plans to return to the Philippines when he is released.

**SOURCES OF INFORMATION:**

This evaluation is based upon a single, 90-minute, psychodiagnostic evaluation, plus review of the Central file and medical file.

The prior psychological evaluation, dated 10/30/03, by J. Steward, Ph.D., has a psychosocial assessment. This information was carefully reviewed with the inmate and is still current and valid. Therefore, this information will not be repeated at this time.

**CLINICAL ASSESSMENT**

XII. **CURRENT MENTAL STATUS/TREATMENT NEEDS:**

Inmate Lujao related during the interview in a serious, sober, earnest, open, and cooperative manner. The mental status was within normal limits. There was no evidence of any mental or emotional problems. He is a college graduate, and he is

*LUJAO          D-94153          CTF-SOLEDAD          08/10/06          gmj*

LUJAO, SIMEON
CDCR NUMBER: D-94153
BPH PSYCHOLOGICAL EVALUATION
PAGE THREE

likely to ever re-occur. Since the time of the commitment offense, 18 years ago, inmate Lujao has grown in maturity, self-awareness, and self-control. He is no longer that same person that he was at the time that the commitment offense occurred.

When inmate Lujao was questioned about the charges placed against him in the Philippines, he stated that the victim in the commitment offense was aware of these charges, in which he was falsely accused of murder by political enemies. The victim had been taunting him and challenging him with the accusation of these false charges. This situation contributed towards his feelings of anger and rage during the commitment offense. He stated that these charges were politically motivated and they are false. The actual murderer in the Philippines was captured and sent to prison. He stated that as soon as he returns to the Philippines, he will go to court and the charges will be dismissed. Inmate Lujao's level of understanding and insight into the dynamics of the commitment offense appear to be very good.

XIV. *ASSESSMENT OF DANGEROUSNESS*:

    A.    In considering his potential for dangerous behavior in the institution, inmate Lujao has remained entirely disciplinary-free for the 18 years of his incarceration. This is a remarkable achievement, especially in view of the fact that this institution is currently experiencing a great deal of racial tension, as well as occasional racial riots. Living in a stressful environment, in which there is constant interpersonal conflicts, disagreements and arguments, and not getting involved in these things in a negative way is demonstration of the fact that inmate Lujao is able to control his feelings and emotions, and not respond to them in a negative way. Compared to other inmates, his potential for dangerous behavior is definitely below average.

    B.    In considering his potential for dangerous behavior if released to the community, I agree with the previous psychologist, who stated that, in their opinion, he poses no more risk to society than the average citizen in the community. This was stated previously by Dr. Steward and Dr. Terrini, on 12/23/98. This conclusion is supported by the administration

LUJAO, SIMEON
CDCR NUMBER: D-94153
BPH PSYCHOLOGICAL EVALUATION
PAGE FOUR

   of the Level of Service Inventory-Revised, which is an actuarial measure that assesses criminal history, substance abuse history, current attitudes and other factors to determine current risk level on parole. He obtained a score of 0.1 cumulative frequency for community offenders. Compared to other prison inmates, he obtained a score of 0.2 cumulative frequency. These are extremely low risk levels. He poses no more risk to society at this point in time than the average citizen in the community. In fact, based upon his life experiences and his maturity, he probably poses less risk to society than the average citizen in the community.

C. There is no evidence of depression or any problems in handling feelings of frustration at this point in time. There are no significant risk factors.

XV. **CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS:**

There are no mental or emotional problems in this case that would interfere with routine parole planning. Inmate Lujao has strong family support system in the community. He plans on returning to the Philippines as soon as he is released. He is highly educated and has numerous opportunities for employment in the Philippines. He also has numerous offers of residence with his siblings, as well as his own children. Inmate Lujao does have serious health problems. His family is very anxious to get him home to the Philippines, where he can receive good medical care, as well as loving and caring family support. Inmate Lujao only wants to return to his family to show them his love and appreciation for them. He no longer poses any risk to society in any way. He is suitable for release. The prognosis for successful adjustment in the community in this case is excellent.

*M. Macomber, Ph.D.*
*Staff Psychologist*
*Correctional Training Facility, Soledad*

LUJAO, SIMEON
CDCR NUMBER: D-94153
BPH PSYCHOLOGICAL EVALUATION
PAGE FIVE

B. Zika, Ph.D.
Senior Supervising Psychologist
Correctional Training Facility, Soledad

MM/gmj

D:  08/10/06
T:  08/14/06

C:\Documents and Settings\gjorgensen\My Documents\00 - BPT REPORTS - 2006\LUJAO, SIMEON  D-94153 09-06  MACOMBER.doc