# EXHIBIT F

FILED
'07 MAR 22 P3:07

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN BENITO

### DEPT 1

| | |
|---|---|
| In the Matter of the Application of: ) | Superior Court No. CR-05-00101 |
| ) | |
| SIMEON LUJAO, ) | **ORDER DENYING** |
| ) | **PETITION FOR WRIT OF** |
| Petitioner, ) | **HABEAS CORPUS** |
| ) | |
| FOR A WRIT OF HABEAS CORPUS. ) | |

Petitioner, a prisoner at the Soledad Correctional Facility, filed a petition for writ of habeas corpus challenging the decision of the Board of Prison Terms denying parole.

The Court finds the decision of the Board of Prison Terms is supported by some evidence. Therefore, the petition is **DENIED**. (*In re Powell* (1988) 45 Cal 3d 894, 902.)

Dated: 3/22/07

Harry J. Tobias
Judge of the Superior Court