# EXHIBIT G



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT



MAY 2 1 2007

MICHAEL J. YERLY, Clerk

By _____ DEPUTY

In re SIMEON LUJAO,

on Habeas Corpus.

H031421
(San Benito County
Super. Ct. No. CR0500101)

BY THE COURT:

The petition for writ of habeas corpus is denied.

(Bamattre-Manoukian, Acting P.J., Mihara, J., and McAdams, J.,
participated in this decision.)

Dated  MAY 2 1 2007         BAMATTRE-MANOUKIAN, J.
                            _____ Acting P.J.